JODI LINKER
Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:        Sophia_Whiting@fd.org

Counsel for Defendant NOVICK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUCAS NOVICK,<br><br>Defendant. | **Case No.:** CR 23-00017-JD<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME UNDER<br>THE SPEEDY TRIAL ACT AND<br>REQUEST TO CONTINUE HEARING |

Lucas Novick is scheduled to appear for an initial status conference on May 1, 2023, at 10:30 a.m. The government has provided discovery to the defense, and the defense is in the process of reviewing the discovery. Mr. Novick is completing 90 days of residential substance abuse treatment at New Bridge Foundation and is scheduled to complete the program on approximately June 7. The parties believe that additional time will allow for meaningful discovery review and discussions about a resolution of the case. The parties therefore jointly request a continuance in the above-captioned matter to Monday, June 12, 2023, at 10:30 a.m. or as soon thereafter as the Court is available.

1     The parties further stipulate and request that, under the Speedy Trial Act, the Court

2   exclude the time from May 1, 2023 to June 12, 2023. An exclusion is appropriate under 18

3   U.S.C. § 3161(h)(7)(B)(iv), effective preparation of counsel, taking into account the exercise of

4   due diligence. An exclusion of time from May 1, 2023 to June 12, 2023 is also appropriate

5   under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the granting of such

6   continuance outweigh the best interest of the public and the defendant in a speedy trial.

7     IT IS SO STIPULATED.

8

9     April 24, 2023                          ISMAIL J. RAMSEY
10    Dated                                   United States Attorney
                                              Northern District of California
11

12                                                       /S
                                              HILLARY T. IRVIN
13                                            Assistant United States Attorney

14

15    April 24, 2023                          JODI LINKER
16    Dated                                   Federal Public Defender
                                              Northern District of California
17

18                                                       /S
                                              SOPHIA WHITING
19                                            Assistant Federal Public Defender

20    IT IS SO ORDERED.

21

22

23    April 28, 2023

24    Dated                                   HON. JAMES DONATO
                                              United States District Judge
25

26

27

28