JODI LINKER
Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:        Sophia_Whiting@fd.org

Counsel for Defendant NOVICK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUCAS NOVICK,<br><br>Defendant. | **Case No.:** CR 23-00017-JD<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND REQUEST TO CONTINUE HEARING |

Lucas Novick is scheduled to appear for a hearing in this matter on August 5, 2024, at 10:30 a.m. The government has produced additional discovery in the case, which the defense is currently reviewing. Moreover, as indicated in prior stipulations, the defense was in the process of obtaining an additional psychological evaluation of Mr. Novick that was anticipated to occur in or around March 2024.  Subsequently, defense counsel learned that its retained expert could not complete her neuropsychological assessment of Mr. Novick in a timely manner, so the defense had to identify a new psychologist to conduct and complete the evaluation.  That new psychologist has since performed a neuropsychological assessment of Mr. Novick and

STIPULATION TO EXCLUDE TIME, REQUEST TO CONTINUE HEARING, AND [PROPOSED] ORDER

informed the defense that the report is nearly complete. The psychologist retained by defense counsel expects to disclose this report to the defense by the end of July. The defense will need to review this report and, if appropriate, share the report and other relevant information with the government as part of resolution discussions. In the meantime, Mr. Novick remains out of custody and in full compliance with the conditions of pretrial release. The parties believe that a short continuance will allow for additional discovery review, development of mitigation information by the defense, and discussions between the parties about a potential resolution of the case. The parties therefore jointly request a continuance in the above-captioned matter to September 9, 2024, at 10:30 a.m. or as soon thereafter as the Court is available.

The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude the time from August 5, 2024 to September 9, 2024. An exclusion is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), effective preparation of counsel, taking into account the exercise of due diligence. An exclusion of time from August 5, 2024 to September 9, 2024 is also appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

July 29, 2024
Dated

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

/S
ROLAND CHANG
Assistant United States Attorney

July 29, 2024
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S
SOPHIA WHITING
Assistant Federal Public Defender

IT IS SO ORDERED.

July 29, 2024
Dated

HON. JAMES DONATO
United States District Judge