JODI LINKER
Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Sophia_Whiting@fd.org

Counsel for Defendant NOVICK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUCAS NOVICK,<br><br>Defendant. | Case No.: CR 23-00017-JD<br><br>STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND REQUEST TO CONTINUE HEARING |

     Lucas Novick is scheduled to appear for a change-of-plea or trial setting hearing in this matter on September 9, 2024, at 10:30 a.m. Defense counsel has been summonsed for jury duty in San Mateo County on September 9, 2024, and is therefore now unavailable on that date. Defense counsel is continuing to review and analyze the discovery produced by the government. Also, since the last update to the Court, defense counsel has provided a mitigation package and proposed resolution to government counsel. The government has responded by extending a plea offer in August 2024. The parties are currently in negotiations about a potential resolution to the charge and require additional time for those discussions. Defense

STIPULATION TO EXCLUDE TIME, REQUEST TO CONTINUE HEARING, AND ORDER

1  counsel is requesting to continue the matter to defense counsel's next available date in light of
2  an upcoming trial schedule and a federal holiday. Therefore, the parties jointly request the
3  matter be continued to October 21, 2024, or as soon thereafter as the Court is available.
4      The parties further stipulate and request that, under the Speedy Trial Act, the Court
5  exclude the time from September 9, 2024, to October 21, 2024. An exclusion is appropriate
6  under 18 U.S.C. § 3161(h)(7)(B)(iv), for continuity of counsel and effective preparation of
7  counsel, taking into account the exercise of due diligence. An exclusion of time from
8  September 9, 2024, to October 21, 2024, is also appropriate under 18 U.S.C. §
9  3161(h)(7)(B)(iv), as the ends of justice served the granting of such continuance outweigh the
10 best interest of the public and the defendant in a speedy trial.
11     IT IS SO STIPULATED.

| | |
|---|---|
| September 5, 2024<br>Dated | ISMAIL J. RAMSEY<br>United States Attorney<br>Northern District of California |
| | /S<br>ROLAND CHANG<br>Assistant United States Attorney |
| September 5, 2024<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | /S<br>SOPHIA WHITING<br>Assistant Federal Public Defender |

### ORDER

26     It is hereby ordered that the change of plea or trial setting hearing in this matter be
27 continued from September 9, 2024, to November 4, 2024, and that time will be excluded under
28 18 U.S.C. § 3161(h)(7)(B)(iv), for continuity of counsel and effective preparation of counsel,

taking into account the exercise of due diligence.  An exclusion of time from September 9, 2024, to November 4, 2024, is also appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

September 6, 2024
Dated

_____
HON. JAMES DONATO
United States District Judge