JODI LINKER
Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Email:        Sophia_Whiting@fd.org

Counsel for Defendant NOVICK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUCAS NOVICK,<br><br>Defendant. | **Case No.:** CR 23-00017-JD<br><br>STIPULATION TO CONTINUE SENTENCING HEARING FROM JULY 28, 2025, TO AUGUST 11, 2025 |

  This case is currently set for sentencing in this Court at 10:30 a.m. on July 28, 2025. For the following reasons, it is hereby stipulated by and between counsel for the United States and counsel for the defendant Lucas Michael Novick that the Court continue the sentencing hearing by two weeks to 10:30 a.m. on August 11, 2025.

  On March 4, 2025, Mr. Novick entered a guilty plea to Count One of the Indictment for Possession with Intent to Distribute and Distribution of Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).  Dkt. 67. On May 12, 2025, The Superior Court of California, County of Marin issued an Order for the transfer of Mr. Novick from federal custody to the

STIPULATION AND [PROPOSED] ORDER

1   custody of the Marin County Sheriff's Office for criminal proceedings scheduled for 9:30 a.m.

2   on May 19, 2025, in the Superior Court of California, County of Marin. Dkt. 70. On June 24,

3   2025, this Court issued a Writ of Habeas Corpus ad Prosequendum to return Mr. Novick to

4   federal custody by June 30, 2025. Dkt. 72. On June 27, 2025, defense counsel reached out to

5   the U.S. Marshal Service to confirm whether Mr. Novick had already been writ into federal

6   custody and where Mr. Novick would be detained in federal custody for the purposes of

7   scheduling a meeting with Mr. Novick to review and respond to the draft Presentence

8   Investigation Report (PSR). On July 1, 2025, defense counsel was informed that Mr. Novick

9   was now in federal custody but that he was still physically located at Marin County Jail

10  pending transport to a different location at a time to be determined. On July 2, 2025, the U.S.

11  Marshal Service provided information to defense counsel about Mr. Novick's planned

12  whereabouts with sufficient certainty to allow defense counsel to schedule a meeting with Mr.

13  Novick. However, the Presentence Investigation Report objections are due to U.S. Probation

14  today, July 2, 2025, and the final PSR is due to the Court on Monday, July 7, 2025. Defense

15  counsel therefore requests a short continuance to provide an opportunity for counsel to meet

16  with Mr. Novick to review and respond to the draft PSR.

17       The parties have confirmed the availability of United States Probation for the proposed

18  sentencing date of August 11, 2025.

19       IT IS SO STIPULATED.

20

21       July 2, 2025                         CRAIG H. MISSAKIAN

22       Dated                                United States Attorney
                                              Northern District of California
23

24                                                   /S
                                              _____
25                                            ROLAND CHANG
                                              Assistant United States Attorney
26

27

28

July 2, 2025                    JODI LINKER
Dated                          Federal Public Defender
                               Northern District of California

                               _____/S_____
                               SOPHIA WHITING
                               Assistant Federal Public Defender


IT IS SO ORDERED.



_July 7, 2025_____             _____
Dated                          JAMES DONATO
                               United States District Judge