# Exhibit D

Dear judge Donato,
I look back on my cases the loss of people I truly loved & my substance abuse. and everyday I wish I had made better choices and better decicions. I can see how my Substance Abuse Has played a major role in creating the worst of situations & I am Relizing now It is A must to take control of my Substance use by any means neccisary in order to keep from having anouther situation that could & would not only affect me but also others which is why not just getting clean but staying clean is a must for me now moving forward. As much as I wish I could go back & change things All you I can do is commit to controling my addiction & using everyday in custody to put myself in the best position to stay clean. what that looks like right now is contiunt the drug & alchol coursed im currently enrolled in custody & earning my certficales which I can show to the courts, & contiuing to work the 12 steps of narcotic anoymouse with my Sponser im working with behind bars.

Whenever I get out In the future I will start a new path with the help of my family & sponsor in south carolina. they say for me to to change It Starts with people places & things & that what I plan on doing. I never want to cause others pain or suffering again & Im sorry for the role that I have played in it. & the choices Ive made. I plan on contiuing my goal of being A plebnomist right when I get out & I Know Im capable of being a productive member of society. Allhough Not everything being said about me is true nor accurate but for the my parts that I have played Im truly sorry for & I promise to do everything In my power to keep from makeing the same mistakes.

-Lucas Novick