```
 1  JODI LINKER
    Federal Public Defender
 2  Northern District of California
    SOPHIA WHITING
 3  Assistant Federal Public Defender
    19th Floor Federal Building - Box 36106
 4  450 Golden Gate Avenue
    San Francisco, CA 94102
 5  Telephone:  (415) 436-7700
    Facsimile:  (415) 436-7706
 6  Email:      Sophia_Whiting@fd.org
 7
 8  Counsel for Defendant NOVICK
 9
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 23-00017-JD |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| v. | |
| LUCAS NOVICK, | |
| Defendant. | |

    Lucas Novick was scheduled to appear for a change of plea hearing in this matter on November 10, 2025, at 10:30 a.m. The Court continued the matter to November 17, 2025. Defense counsel is unavailable to appear on November 17, 2025, as they will be out of the country. The parties therefore jointly request the change of plea hearing be continued to December 1, 2025.

    The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude the time from November 10, 2025, to December 1, 2025. An exclusion is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), for effective preparation of counsel and continuity of

counsel, taking into account the exercise of due diligence. An exclusion of time is also appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

| | |
|---|---|
| November 6, 2025<br>Dated | CRAIG H. MISSAKIAN<br>United States Attorney<br>Northern District of California<br><br>_____/S_____<br>ROLAND CHANG<br>Assistant United States Attorney |
| November 6, 2025<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California<br><br>_____/S_____<br>SOPHIA WHITING<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

November 7, 2025
Dated

HON. JAMES DONATO
United States District Judge